IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY R. JONES, ) | |
| ) | 8:06cv489 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| STATE OF NEBRASKA, ) | |
| ) | |
| Defendant. ) | |

The plaintiff, Bobby R. Jones, has not responded to the court's Memorandum and Order (Filing No. 9) directing him to show cause in writing why this case should not be dismissed for failure to state a claim on which relief may be granted. In Filing No. 9, the court advised the plaintiff that, in the absence of cause shown, this case would be subject, without further notice, to dismissal without prejudice. Therefore, at this time, the complaint and this action are hereby dismissed without prejudice, and judgment will be entered accordingly.

SO ORDERED.

DATED this 3rd day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge